UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | :CHAPTER 13 |
| CRYSTAL O. KNIGHT | : |
| | :BANKRUPTCY NO. 26-10915-AMC |
| Debtor | : |
| | : |
| PENNSYLVANIA HOUSING FINANCE AGENCY HOMEOWNERS' EMERGENCY MORTGAGE ASSISTANCE PROGRAM | : |
| | : |
| Movant | : |
| vs. | : |
| | : |
| CRYSTAL O. KNIGHT<br>AND<br>SCOTT F. WATERMAN Trustee | : |
| | : |
| Respondents | : |

**OBJECTIONS OF PENNSYLVANIA HOUSING FINANCE AGENCY HOMEOWNERS' EMERGENCY MORTGAGE ASSISTANCE PROGRAM TO AMENDED CHAPTER 13 PLAN**

AND NOW comes Pennsylvania Housing Finance Agency Homeowner's Emergency Mortgage Assistance Program (hereinafter "PHFA/HEMAP") by its attorneys, Katie M. Housman, and Purcell, Krug & Haller, and objects to Debtor's Chapter 13 Plan as follows:

1. PHFA/HEMAP holds the second mortgage against Debtor's property located at 8240 Cedarbrook Avenue Philadelphia, PA 19150.

2. Debtor filed a Chapter 13 Bankruptcy on March 6, 2026.

3. PHFA/HEMAP filed a Proof of Claim at 3-1 on March 26, 2026, listing its claim as a secured against Debtor's property.

4. Debtor's Chapter 13 Plan fails to provide for payments of arrearages to PHFA/HEMAP.

5. Debtor's filed an Amended Plan on June 5, 2026, which still fails to

provide for arrearages to PHFA/HEMAP.

6. PHFA/HEMAP's Proof of Claim indicates arrearages of $400.00.

7. Debtor's account is currently delinquent $600.00.

8. Debtor's Plan must provide for payment of arrearages to PHFA/HEMAP on account of its secured claim.

WHEREFORE, PHFA/HEMAP objects to the Amended Chapter 13 Plan and requests Debtor be ordered to amend the Plan to provide for PHFA/HEMAP within 30 days.

PURCELL, KRUG & HALLER

By:/s/Katie M. Housman
Katie M. Housman
1719 North Front Street
Harrisburg, PA 17102-2392
(717)234-4178 ID # 331942
Attorney for Pennsylvania
Housing Finance Agency
khousman@pkh.com

Dated: June 11, 2026

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | :CHAPTER 13 |
| CRYSTAL O. KNIGHT | : |
| | :BANKRUPTCY NO. 26-10915-AMC |
| Debtor | : |
| | : |
| PENNSYLVANIA HOUSING FINANCE AGENCY HOMEOWNERS' EMERGENCY MORTGAGE ASSISTANCE PROGRAM | : |
| | : |
| Movant | : |
| vs. | : |
| | : |
| CRYSTAL O. KNIGHT AND SCOTT F. WATERMAN Trustee | : |
| | : |
| Respondents | : |

**CERTIFICATE OF SERVICE**

I, Katie M. Housman, attorney for Pennsylvania Housing Finance Agency Homeowners' Emergency Mortgage Assistance Program, hereby certify that a true and correct copy of the foregoing Objection of Pennsylvania Housing Finance Agency Homeowners' Emergency Mortgage Assistance Program to Chapter 13 Plan was forwarded to the Debtor by regular U. S. Mail, first class service, postage prepaid, on June 11, 2026 , addressed as follows:

Crystal O. Knight
8240 Cedarbrook Avenue
Philadelphia, PA 19150

Brad J. Sadek, Esquire
Via E-Mail: ECF/CM

Scott F. Waterman, Esquire
Via E-Mail: ECF/CM

U.S. Trustee
Via E-Mail: ECF/CM

By:/s/Katie M. Housman__________
Katie M. Housman
1719 North Front Street
Harrisburg, PA 17102-2392
(717)234-4178 ID # 331942
khousman@pkh.com
Attorney for Pennsylvania
Housing Finance Agency

Dated: June 11, 2026